# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROYL GARAGE, LLC and ) <br> COURTNEY HANSEN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIGHTY OAK FINANCIAL, LLC, ) <br> MARCUS WHITESIDES, and ) <br> CRAIG THOMAS, ) <br> ) <br>     Defendants. ) | Civil Action File No. <br> 1:23-CV-01581-SDG |

## JOINT NOTICE OF RESOLUTION AND REQUEST FOR ADDITIONAL TIME TO SUBMIT CONSENT JUDGMENT

Plaintiffs ROYL Garage, LLC and Courtney Hansen and Defendants Mighty Oak Financial, LLC and Marcus Whitesides (collectively, the "Parties") file this Joint Notice of Resolution, respectfully notifying this Court as follows:

1.

The parties have agreed on terms that resolve all claims asserted in this matter.

2.

As part of this resolution, the parties will be submitting a Consent Judgment to the Court for review and signature.

3.

It is anticipated that the parties will require additional time to review and provide consenting signatures to the Consent Judgment.

4.

The undersigned counsel believe the above-referenced Consent Judgment will be submitted to the Court no later than September 5, 2025.

5.

The parties respectfully request that they have until September 5, 2025, to submit the Consent Judgment.

6.

In light of the parties' resolution, they will not require the jury trial currently scheduled for October 7, 2025.

WHEREFORE, the Parties notify the Court of their resolution of this matter and respectfully request that they have until September 5, 2025, to submit the Consent Judgment related to such resolution.

Respectfully submitted this 28th day of August, 2025.

(signatures on following page)

| | |
|---|---|
| **GREGORY, DOYLE, CALHOUN & ROGERS, LLC** | **ROZEN, ROZEN & REILLY, LLP** |
| /s/ David J. Younker | /s/ Jeffrey M. Reilly, Jr. |
| David J. Younker | Jeffrey M. Reilly, Jr. |
| Georgia Bar No. 940387 | Georgia Bar No. 303359 |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |
| 49 Atlanta Street | 248 Roswell St. NE |
| Marietta, GA 30060 | Marietta, GA 30060 |
| Telephone: (770) 422-1776 | Telephone: (770) 427-7004 |
| Facsimile: (770) 426-6155 | jreilly@rozenandrozen.com |
| dyounker@gdcrlaw.com | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I certify that the attached pleading complies with the font and point selections prescribed by Local Rule 5.1(B) and uses 14 point Times New Roman Font.

/s/ Jeffrey M. Reilly, Jr.
Jeffrey M. Reilly, Jr.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROYL GARAGE, LLC and<br>COURTNEY HANSEN,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MIGHTY OAK FINANCIAL, LLC,<br>MARCUS WHITESIDES, and<br>CRAIG THOMAS,<br><br>　　　Defendants. | )<br>)<br>)<br>)　Civil Action File No.<br>)　1:23-CV-01581-SDG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on August 28, 2025, I filed the foregoing **Joint Notice of Resolution and Request for Additional Time to Submit Consent Judgment** with the Clerk of Court using the CM/ECF system which will automatically send email notifications to all counsel of record.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Reilly, Jr.
　　　　　　　　　　　　　　　　　　Jeffrey M. Reilly, Jr.