# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROYL GARAGE, LLC and COURTNEY HANSEN,<br>    Plaintiffs,<br>             v.<br>MIGHTY OAK FINANCIAL LLC and MARCUS WHITESIDES,<br>    Defendants. | Civil Action No.<br>1:23-cv-01581-SDG |

## ORDER

This case is before the Court on the joint motion for entry of a consent judgment filed by Plaintiffs ROYL Garage, LLC and Courtney Hansen and Defendants Mighty Oak Financial, LLC and Marcus Whitesides [ECF 101]. The parties also filed a proposed consent judgment that is executed by all parties [ECF 101-1]. Undersigned has reviewed the motion and proposed judgment and finds it generally in good order; however, the proposed judgment's execution language will be modified to comply with LR 69.1, NDGa, as follows (alterations in bold and italics): "Immediately after the entry of this Consent Judgment, ***Writs of Execution shall be prepared by Defendants or their attorney on forms made available by the clerk at the public filing counter. Writs so prepared must be approved and issued by the clerk.***"

1

Accordingly, the parties' joint motion for entry of a consent judgment [ECF 101] is **GRANTED AS MODIFIED**. A modified consent judgment consistent herewith will be entered separately.

**SO ORDERED** this <u>12th</u> day of November, 2025.

_____
Steven D. Grimberg
United States District Judge
