# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROYL GARAGE, LLC and COURTNEY HANSEN,<br>    Plaintiffs,<br><br>          v.<br><br>MIGHTY OAK FINANCIAL LLC and MARCUS WHITESIDES,<br>    Defendants. | Civil Action No.<br>1:23-cv-01581-SDG |

## CONSENT JUDGMENT

The above-styled matter is before this Court upon an agreement between ROYL Garage, LLC and Courtney Hansen ("Plaintiffs") and Mighty Oak Financial, LLC and Marcus Whitesides ("Defendants"). Pursuant to the Agreement, the Court hereby enters this Consent Judgment in favor of Defendants against Plaintiffs as follows:

Defendants are awarded a money judgment against Plaintiffs in the principal amount of $240,000.00. From the date this Consent Judgment is signed through the date this Consent Judgment is satisfied, interest shall accrue on the principal amount owed at a rate of 18% per annum. Further, Defendants may immediately proceed with the disposition of the Collateral Assets ((1) 1969 Chevrolet Camaro; (2) 1979 Ford F-100; (3) Chevrolet Chevelle; (4) 1973 Chevrolet El Camino; (5) Pontiac GTO; and (6) 1987 Buick Grand National) in any manner determined in the sole discretion of Defendants.

Defendants are also awarded all reasonable and necessary attorneys' fees and expenses of litigation incurred in obtaining and collecting upon this Consent Judgment. These attorneys' fees and expenses of litigation are inclusive of all attorneys' fees and litigation expenses incurred from the date this Consent Judgment is signed through the date this Consent Judgment is satisfied.

Immediately after the entry of this Consent Judgment, Writs of Execution shall be prepared by Defendants or their attorney on forms made available by the clerk at the public filing counter. Writs so prepared must be approved and issued by the clerk.

**SO ORDERED** this 12th day of November, 2025.

Steven D. Grimberg
United States District Judge